# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00773-CV

**Brian Simons, Appellant**

**v.**

**Union Pacific Railroad Co., Appellee**

### FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT
### NO. CV36,607, HONORABLE JOHN YOUNGBLOOD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Brian Simons has filed an unopposed motion stating that he no longer wishes to pursue his appeal and requesting that the appeal be dismissed. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Goodwin

Dismissed on Appellant's Motion

Filed: April 27, 2017